UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO RODRIGUEZ AVILES,<br><br>          Petitioner,<br><br>     v.<br><br>FRESNO COUNTY SUPERIOR COURT,<br><br>          Respondent.<br>_____/ | 1:12-CV-01572 GSA HC<br><br>ORDER DENYING PETITIONER'S<br>MOTION FOR RECONSIDERATION<br><br>[Doc. #6] |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     On September 28, 2012, the undersigned issued an order denying Petitioner's motion to appoint counsel. On October 9, 2012, Petitioner filed a motion for reconsideration of the Court's order.

     Rule 60(b) of the Federal Rules of Civil Procedure provides:

On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:

     (1) mistake, inadvertence, surprise, or excusable neglect;
     (2) newly discovered evidence that, with reasonable diligence, could not
          have been discovered in time to move for a new trial under Rule 59(b);
     (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or
          misconduct by an opposing party;
     (4) the judgment is void;

      (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

      (6) any other reason that justifies relief.

Petitioner fails to meet this standard. Petitioner does not set forth any arguments or evidence that have not already been considered by this Court.

Accordingly, Petitioner's motion for reconsideration is DENIED.

IT IS SO ORDERED.

Dated:   **October 17, 2012**             /s/ **Gary S. Austin**
                                                                     UNITED STATES MAGISTRATE JUDGE