UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO RODRIGUEZ AVILES, | 1:12-CV-01572 GSA HC |
| Petitioner, | |
| v. | ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED |
| FRESNO COUNTY SUPERIOR COURT, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 25, 2012, the Court issued new case documents, an order authorizing in forma pauperis status, and an order directing Petitioner to file a form indicating consent or decline to the jurisdiction of the magistrate judge. The documents and orders were served on Petitioner. On October 12, 2012, the documents and orders served on Petitioner were returned by the U.S. Postal Service as undeliverable.

Pursuant to Local Rule 183(b), a party appearing in propria persona is required to keep the court apprised of his or her current address at all times. Local Rule 183(b) provides:

> A party appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address. If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and

opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

In the instant case, sixty-three days have passed since Petitioner's mail was returned, and he has not notified the Court of a changed address. However, it is unclear whether Petitioner has in fact moved since an order issued thereafter was not returned by the U.S. Postal Service. Therefore, the Court will order Petitioner to show cause why the petition should not be dismissed. Petitioner must advise the Court of his current address, and he must comply with the Court's order directing him to file a consent/decline form. Failure to do so will result in dismissal of the petition.

## ORDER

Accordingly, Petitioner is ORDERED to SHOW CAUSE why the petition should not be dismissed for failure to keep the Court apprised of his current address within fourteen (14) days of the date of service of this Order.

IT IS SO ORDERED.

Dated:   **January 2, 2013**                              **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE