UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO RODRIGUEZ AVILES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FRESNO COUNTY SUPERIOR COURT,<br><br>　　　　Respondent.<br>_____<br>IGNACIO RODRIGUEZ AVILES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RON DAVIS, Warden,<br><br>　　　　Respondent.<br>_____ | 1:12-cv-01572-AWI-GSA-HC<br>1:13-cv—00323-SKO-HC<br><br>ORDER TO RE-FILE EXISTING<br>PAPERWORK IN CASE NO. "1:13-cv-<br>00323-SKO HC" INTO CASE NO.<br>"1:12-cv-01572-AWI-GSA-HC"<br><br>ORDER TO CLOSE ADMINISTRATIVELY<br>CASE NO. "1:13-cv-00323-SKO HC" |

　　　Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　On September 25, 2012, Petitioner filed a petition for writ of habeas corpus.  The case was assigned case number "1:12-cv-01572-AWI-GSA-HC."  On March 7, 2013, Petitioner filed a second petition for writ of habeas corpus.  Petitioner neglected to place a case number on the petition and neglected to designate

1

the petition as an amended petition. As a result, rather than filing the amended petition in case number "1:12-cv-01572-AWI-GSA-HC," a new case was opened and assigned case number "1:13-cv-00323-SKO-HC."

On page three (3) of the petition in case number "1:13-cv-00323-SKO-HC," Petitioner indicated he had been given leave to amend his petition and resubmit it.

Accordingly, the Court HEREBY ORDERS that:

1. The Clerk of the Court shall RE-FILE the existing paperwork in case no. "1:13-cv-00323-SKO-HC" into case no. "1:12-cv-01572-AWI-GSA-HC"; and

2. The Clerk of the Court shall administratively CLOSE case no. "1:13-cv-00323-SKO-HC."

Petitioner is advised that pursuant to Local Rule 133(g), documentation submitted to the Court should be in caption form and include the appropriate case name and number.

IT IS SO ORDERED.

**Dated:   March 13, 2013**              /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE