UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO RODRIGUEZ AVILES,<br><br>    Petitioner,<br><br>    v.<br><br>RON DAVIS, Warden,<br><br>    Respondent. | Case No.: 1:12-CV-01572 AWI GSA HC<br><br>ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL<br>[Doc. #27] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Pending before this Court is Petitioner's request to proceed in forma pauperis on appeal. Petitioner was authorized to proceed in forma pauperis in this Court. Therefore, pursuant to Rule 24(a)(3), Petitioner may proceed in forma pauperis without further authorization. In any case, a notice of appeal has not been filed.

    Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to proceed in forma pauperis on appeal is DISREGARDED.

IT IS SO ORDERED.

1

Dated: **August 14, 2013**                     **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE