1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  IGNACIO RODRIGUEZ AVILES,             )   Case No.: 1:12-CV-01572 AWI GSA HC
                                          )
12                   Petitioner,          )   ORDER DISREGARDING MOTION TO
                                          )   PROCEED IN FORMA PAUPERIS ON APPEAL
13          v.                            )   [Doc. #27]
                                          )
14  RON DAVIS, Warden,                    )
                                          )
15                   Respondent.          )
                                          )
16  _____ )

17          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

18  pursuant to 28 U.S.C. § 2254.

19          Pending before this Court is Petitioner's request to proceed in forma pauperis on appeal.

20  Petitioner was authorized to proceed in forma pauperis in this Court.  Therefore, pursuant to Rule

21  24(a)(3), Petitioner may proceed in forma pauperis without further authorization.  In any case, a notice

22  of appeal has not been filed.

23          Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to proceed in forma

24  pauperis on appeal is DISREGARDED.

25
26
27
28  IT IS SO ORDERED.

                                          1

1

2

Dated:   **August 14, 2013**                    **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28